## Adgate et al. v. Central of Georgia Railway Company.

FISH, J.   The plaintiffs depended for a recovery exclusively upon a pre-
sumption of negligence raised by law against the defendant company.
This presumption was fully rebutted by uncontradicted evidence, and
the evidence as a whole showed that the homicide for which the action
was brought resulted either from the failure of the decedent to exercise
ordinary care and diligence, or from an accident the nature of which is
not clearly disclosed.   Under these circumstances, there could be no law-
ful verdict for the plaintiffs, and the court did not err in directing the
jury to find for the defendant.

> *Judgment affirmed.   All the Justices concurring, except*

Cobb and Lewis, JJ., dissenting. There being, in our opinion, evidence of physical facts and circumstances from which a jury could have inferred that the positive testimony of the defendant's witnesses tending to show due diligence on its part was not true, the case should have been submitted to and passed upon by a jury.

Argued May 9, — Decided June 7, 1899.

Action for damages. Before Judge Hart. Jasper superior court. September term, 1898.

*Burton Smith* and *J. W. Moore*, for plaintiffs.
*Hill, Harris & Birch* and *W. A. Harris*, for defendant.